No. 75–1283. LEAGUE OF UNITED LATIN AMERICAN CITIZENS v. LO-VACA GATHERING CO. ET AL. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied. ■

No. 75–1284. SPECTOR FREIGHT SYSTEM, INC., OF ILLINOIS v. SCHWARTZ. Sup. Ct. Minn. Certiorari denied.

No. 75–1287. ANCHORAGE OFFICE BUILDING CO. ET AL. v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 75–1288. NUNNALLY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–1302. MAHNKE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 75–1306. HAGA v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 75–1309. RICHARDSON v. HOWARD UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 75–1311. PACIFIC COAST AGRICULTURAL EXPORT ASSN. ET AL. v. SUNKIST GROWERS, INC., ET AL.; and

No. 75–1325. SUNKIST GROWERS, INC. v. PACIFIC COAST AGRICULTURAL EXPORT ASSN. ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 526 F. 2d 1196.

No. 75–1321. CRAWFORD ET UX. v. SECURITY NATIONAL BANK. Ct. App. Cal., 1st App. Dist. Certiorari denied.